**Order filed March 26, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00810-CV
_____

## DONALD GRETHER; PAUL A. HEINIG; REBECCA ANN, INC.; AND PLANTATION HEALTH CARE, INC., Appellants

## V.

## SUNSET NURSING HOME, INC., Appellee

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 72817**

## ORDER

This is an appeal from a judgment signed July 25, 2016. On February 19, 2019, appellant Paul Heining filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.1. The motion is **GRANTED.**

Appellant Paul Heinig is ordered **DISMISSED** from the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.